UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY ROMECEVICH ) | | State Civil Action No: 2181CV01007 |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| MARY K. ARMBRUSTER ) | | NOTICE OF REMOVAL |
|     Defendant, ) | | |

**DEFENDANT, MARY K. ARMBRUSTER, NOTICE OF REMOVAL**

NOW COMES the Defendant, Mary K. Armbruster, and hereby gives notice of the removal of the above-captioned matter from the Middlesex Superior Court Department of the State of Massachusetts, to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §1332, 1441, and 1446. In support of this Notice, Defendant states as follows:

1. On May 4, 2021, the Plaintiff, Mary Romecevich, filed a complaint against Mary K. Armbruster alleging claims of negligence and failure to warn and seeking damages for personal injuries and pain and suffering as a result of a slip and fall accident at the Defendant's former property located at 11 Cudworth Lane, Sudbury, Massachusetts. (See Exhibit 1: Summons and Complaint).

2. On September 12, 2021, the Plaintiff caused the Summons and Complaint to be served upon the Defendant.

3. Upon information and belief, the amount in controversy in this action is greater than $75,000.00, as Plaintiff seeks a minimum of "$55,000.00+" and states that she continues to incur further expenses. (Ex. 1)

4. Plaintiff's Complaint alleges that she is a Massachusetts resident with an address of 3 River Rock Way, Wayland, Middlesex County, Massachusetts

5. The Defendant is a Michigan resident with an address of 7277 White Pine Drive, Ellsworth, Michigan.

6. Therefore, this action is removable under this Honorable Court's diversity jurisdiction, as all parties are residents of different states, and the amount in controversy is greater than $75,000.00.

7. This Notice of Removal has been timely filed under 28 U.S.C. §1446(b)(3) because it has been filed less than thirty (30) days from the date of the affidavit of service on the Defendant, or from any date through other means by which Defendant may have ascertained that this case is one that is removable.

WHEREFORE, Defendant, Mary K. Armbruster, respectfully removes this action now pending in the Middlesex Superior Court of Massachusetts (Civil Action No. 2181CV01007) to the United States District Court for the District of Massachusetts.

    Respectfully Submitted,
    Mary K. Armbruster,
    By her attorney,

    */s/Anthony J. Antonellis*
    Anthony Antonellis, BBO# 557964
    SLOANE AND WALSH, LLP
    One Boston Place
    201 Washington Street, Suite 1600
    Boston, MA 02108
    Phone: (617) 523-6010
    aantonellis@sloanewalsh.com

DATE: October 12, 2021

2060903.v1

## **CERTIFICATE OF SERVICE**

I, Anthony J. Antonellis, do hereby certify that on this 12th day of October, 2021, I caused the foregoing to be served via first class mail, postage pre-paid and/or through the Federal District Court's CM/ECF system, to the following counsel and/or parties of record:

John R. Bitta, III, Esq.
Kelly and Associates
83 Atlantic Ave
Suite 202
Boston, MA 02110

Loren Laskoski, Esq.
Keches Law Group PC
2 Lakeshore Center
3rd Floor
Bridgewater, MA 02324

                                                */s/Anthony J. Antonellis*
                                                Anthony J. Antonellis